# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

Clifford W. Taylor,
Chief Justice

130260
(35)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PAMELA MACOR, Personal
Representative of the Estate of
Gary Macor, Deceased,
          Plaintiff-Appellee,

v

SC: 130260
COA: 264076
Genesee CC: 04-080340-NH

ROBERT KOWALSKI, M.D.,
          Defendant-Appellant,

and

McLAREN REGIONAL MEDICAL
CENTER and MARTA Z.
BONKOWSKI, M.D.,
          Defendants.
_____/

      By order of October 17, 2007, the application for leave to appeal the October 27, 2005 judgment of the Court of Appeals was held in abeyance for *Braverman v Garden City Hospital* (Docket Nos. 134445-134446). Counsel for the plaintiff, Brian J. McKeen and Ramona C. Howard, have filed a motion to withdraw as counsel, citing irreparable breakdown and termination of the attorney-client relationship. On order of the Court, the motion to withdraw as counsel is GRANTED. MCR 7.316(A)(7).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

*Corbin R. Davis*
Clerk